SEALED

BENJAMIN B. WAGNER
United States Attorney
CAMIL A. SKIPPER
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2709



FILED

MAY 19 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN RE:                    )   CASE NO. 10mj 0146 EFB
                          )
      SEALED              )   SEALING ORDER
                          )
_____)

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that:

1. The criminal complaint, arrest warrant, and affidavit in support of the criminal complaint and arrest warrant filed in the above-numbered matter be sealed until execution of the arrest warrant.

DATED: 5-19-2010

_____
HON. EDMUND F. BRENNAN
United States Magistrate Judge