McGREGOR W. SCOTT
United States Attorney
CAMIL A. SKIPPER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2709

FILED

AUG 27 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>PHILLIP L. KOSH,<br><br>        Defendant. | Case No. 10-MJ-0146-EFB<br><br>**ORDER UNSEALING COMPLAINT** |

IT IS HEREBY ORDERED that:

The complaint filed in the above-captioned matter be UNSEALED.

DATED: 8/27/10

_____
HON. KIMBERLY J. MUELLER
United States Magistrate Judge

1